IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00204-GCM

| | |
|---|---|
| CONSTANCE L. JOHNSON,<br><br>**Plaintiff,**<br><br>v.<br><br>NATIONAL GOVERNORS ASSOCIATION,<br><br>**Defendant.** | **ORDER** |

This matter is before the Court *sua sponte*. The *pro se* Plaintiff filed this Complaint on May 4, 2021. The Court is aware that a Notice of Deficiency was filed on May 4, 2021, noting that Plaintiff did not pay the filing fee or file an application to proceed without prepayment of fees and affidavit, and directing Plaintiff to correct the deficiency by May 25, 2021. ECF Doc. 2. However, the Court has reviewed the Complaint and it appears that the Complaint is frivolous on its face and fails to state a claim upon which relief can be granted. Accordingly, the Court concludes that the Complaint should be dismissed with prejudice.

**IT IS THEREFORE ORDERED** that the Complaint is hereby dismissed with prejudice.

Signed: May 19, 2021

Graham C. Mullen
United States District Judge