# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Constance L. Johnson, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:21-cv-00204-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| National Governors Association, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 20, 2021 Order.

May 20, 2021

Frank G. Johns, Clerk
United States District Court